UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW KUZMESKAS and BRETT MESSIEH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTSTAMP, INC., RICHARD MA, and STEVEN STEWART,<br><br>Defendants. | Case No.: 1:20-cv-02813-LAP<br><br>Honorable Loretta A. Preska |

### NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT ON BEHALF OF DEFENDANTS QUANTSTAMP, INC., RICHARD MA, AND STEVEN STEWART

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint, filed September 11, 2020 (ECF No. 27); the Memorandum of Law, dated November 13, 2020, Declaration of Corey Worcester, dated November 13, 2020, and exhibit thereto, and upon all prior papers and proceedings herein, Defendants Quantstamp, Inc., Richard Ma, and Steven Stewart will move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Amended Class Action Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule (ECF No. 37) entered November 6, 2020, Plaintiffs' memorandum of law in opposition, if any, must be served on the undersigned counsel by January 11, 2021.

1

Dated: New York, New York  
       November 13, 2020

Respectfully submitted,

By: */s/ Corey Worcester*
    Corey Worcester
    Jacob J. Waldman
    Jesse Bernstein
    **QUINN EMANUEL URQUHART**
     **& SULLIVAN, LLP**
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone: (212) 849-7000
    coreyworcester@quinnemanuel.com
    jacobwaldman@quinnemanuel.com
    jessebernstein@quinnemanuel.com

    Michael Liftik (admitted *pro hac vice*)
    1300 I St. NW #900
    Washington, DC 20005
    (202) 538-8000
    michaelliftik@quinnemanuel.com

    *Attorneys for Defendants Quantstamp,*
    *Inc., Richard Ma, and Steven Stewart*