**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW KUZMESKAS and BRETT MESSIEH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUANTSTAMP, INC., RICHARD MA, and STEVEN STEWART,<br><br>Defendants. | No. 1:20-cv-02813-LAP<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Matthew Kuzmeskas and Brett Messieh and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs or attorneys' fees to any party, against Defendants Quantstamp, Inc., Richard Ma, and Steven Stewart.

Dated: April 27, 2021
New York, NY

*/s/ Jordan A. Goldstein*

Kyle W. Roche
Edward Normand
Velvel (Devin) Freedman (pro hac vice)
Alex T. Potter
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY
kyle@rcfllp.com
tnormand@rcfllp.com
vel@rcfllp.com
apotter@rcfllp.com

Philippe Z. Selendy
Jordan A. Goldstein
Michelle Foxman
SELENDY & GAY PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
pselendy@selendygay.com
jgoldstein@selendygay.com
mfoxman@selendygay.com

*Co-Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*