## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW KUZMESKAS and BRETT MESSIEH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>QUANTSTAMP, INC., RICHARD MA, and STEVEN STEWART,<br><br>        Defendants. | No. 1:20-cv-02813-LAP<br><br>CORRECTED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs Matthew Kuzmeskas and Brett Messieh and Plaintiff Chase Williams (who is not a Lead Plaintiff in this matter), through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against Defendants Quantstamp, Inc., Richard Ma, and Steven Stewart.

Dated:  April 29, 2021
          New York, NY

|   |   |
|---|---|
|   | */s/ Jordan A. Goldstein* |
| Kyle W. Roche | Philippe Z. Selendy |
| Edward Normand | Jordan A. Goldstein |
| Velvel (Devin) Freedman (pro hac vice) | Michelle Foxman |
| Alex T. Potter | SELENDY & GAY PLLC |
| ROCHE FREEDMAN LLP | 1290 Sixth Avenue, 17th Floor |
| 99 Park Avenue, 19th Floor | New York, NY 10104 |
| New York, NY | pselendy@selendygay.com |
| kyle@rcfllp.com | jgoldstein@selendygay.com |
| tnormand@rcfllp.com | mfoxman@selendygay.com |
| vel@rcfllp.com | |
| apotter@rcfllp.com | *Co-Lead Counsel and Attorneys for* |
| | *Plaintiffs and the Proposed Class* |